NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMOS TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2019-1437

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01417.

---

## JUDGMENT

---

CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, argued for appellant.  Also represented by MICHAEL CHAOCHA TING.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee.  Also represented by CHETAN BANSAL, JOSEPH PALYS; PAUL ANDERSON, Houston, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 16, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |